IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AES CLEAN TECHNOLOGY, INC., : | |
| : | |
| Plaintiff, : | |
| v. : | Civil Action No. 2:19-cv-02536-CDJ |
| : | |
| GLENN VANDEGRIFT, et al., : | |
| : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL

**TO THE CLERK:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule of Civil Procedure 41.1(b), and subject to the prior orders of the Court in this action, the parties hereby stipulate to the dismissal of the above-captioned action with prejudice and with each party bearing its own costs.

Dated: October 18, 2019

/s/ David J. Woolf
David J. Woolf
Matthew A. Fontana
Brooke Razor
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103
(215) 988-2700

*Counsel for Plaintiff AES Clean Technology, Inc.*

/s/ Sidney L. Gold
Sidney L. Gold
William Rieser
SIDNEY L. GOLD & ASSOC., P.C.
1835 Market Street, Ste. 515
Philadelphia, PA 19103

*Counsel for Defendants VandeGrift, Rogers
and Allied Construction Management Services LLC*

*/s/ Lisa C. Goldman*
Lisa C. Goldman
DAVEY AND GOLDMAN LAW FIRM
5609 Medical Circle, Suite 101
Madison, WI 53719
*Counsel for Defendant Schoenberg*

*/s/ Betsy G. Ramos*
Betsy G. Ramos
William G. Wright
CAPEHART SCATCHARD, Attorneys at Law
8000 Midlantic Dr., Suite 300S
PO Box 5016
Mt. Laurel, NJ 08054
*Counsel for Defendants Wiker and isoClean, Inc.*

SO ORDERED:

_____

C. Darnell Jones II, U.S.D.J.